1  BARRY J. PORTMAN
   Federal Public Defender
2  DAVID W. FERMINO
   Assistant Federal Public Defender
3  19th Floor Federal Building - Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant PARTIN
6
7
8
9
10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13 UNITED STATES OF AMERICA,         )
                                     ) No. CR 06-00064 MEJ
14                Plaintiff,         )
                                     ) STIPULATION AND [PROPOSED]
15 vs.                               ) ORDER CONTINUING THE CHANGE
                                     ) OF PLEA HEARING
16 BENTON K. PARTIN III,             )
                  Defendant.         )
17 _____ )
                                     )
18

19      Defendant Benton K. Partin III, by and through his counsel of record, Assistant Federal Public
20 Defender David W. Fermino, and the plaintiff United States of America, by and through it's counsel
21 of record, Assistant United States Attorney Derek R. Owens, stipulate as follows:

22      (1) By this stipulation, the parties jointly move to continue this matter to April 20, 2006 due to
23 the fact that defense counsel has been in trial since the week of April 3rd and has not been able to
24 discuss certain issues with the defendant regarding his case.

25      (2) Counsel for the government does not object to the request for a continuance.

26

(3) The parties agree that the date for the sentencing hearing should be continued to April 20, 2006.

IT IS SO STIPULATED:

Case 3:06-cr-00064-MEJ   Document 7   Filed 04/12/2006   Page 2 of 2

DATED: 4/12/06

_____
DAVID W. FERMINO
Assistant Federal Public Defender

DATED: 4/12/06

_____
DEREK R. OWENS
Assistant United States Attorney

## ORDER

For good cause shown, IT IS HEREBY ORDERED that counsel's request for a continuance of the change of plea hearing in the above referenced case be continued to April 20, 2006

IT IS SO ORDERED

DATED: April 13, 2006

_____
MARIA ELENA JAMES
United States Magistrate Judge