FILED

FEB 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2  MARK KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   MARCO A. LOPEZ
6  Law Clerk

7  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
8  Telephone: (415) 436-7200
   Fax: (415) 436-7234
9  Email: derek.owens@usdoj.gov

10 Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-0064 MEJ |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER EXCLUDING TIME |
| BENTON K. PARTIN III, | ) |
| Defendant. | ) |

At a status appearance before the Court on June 16, 2006, the defendant's change of plea hearing was put over to June 22, 2006. The parties there agreed that time should be excluded from the Speedy Trial Act computations for a period of seven days, from June 16, 2006 to June 22, 2006, for continuity of counsel and for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for continuity of defense counsel and for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

//

STIPULATION AND ORDER
No. CR 06-0064 MEJ                Page 1 of 2

1  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3                                            KEVIN V. RYAN
                                             United States Attorney
4
5  DATED: 6-20-06                            /s/ signature
                                             ─────────────────────────
                                             MARCO LOPEZ
6                                            Law Clerk

7  DATED: 6-21-06                            /s/ Elizabeth M Falk
                                             ─────────────────────────
8                                            ELIZABETH FALK
                                             Attorney for Defendant
9

10                                  ORDER

11     As the Court found on June 16, 2006, and for the reasons stated above, the Court finds that
12  an exclusion of time between June 16, 2006 and June 22, 2006 is warranted and that the ends of
13  justice served by the continuance outweigh the best interests of the public and the defendant in a
14  speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance
15  would deny the defendant continuity of counsel and would deny defense counsel the reasonable
16  time necessary for effective preparation, taking into account the exercise of due diligence. See 18
17  U.S.C. § 3161(h)(8)(B)(iv).

18

19  SO ORDERED.

20
21  DATED: June 21, 2006                     /s/ signature
                                             ─────────────────────────
22                                           ~~MARIA-ELENA JAMES~~
                                             United States Magistrate Judge
23                                           Nandor J. Vadas

24
25
26
27
28