1  BARRY J. PORTMAN
   Federal Public Defender
2  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
3  San Francisco, CA 94102
   Telephone: (415) 436-7700
4
   Counsel for Defendant PARTIN
5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,           ) | No. CR-06 064 MEJ
   |                                     ) |
11 |              Plaintiff,              ) | STIPULATION AND [PROPOSED]
   |                                     ) | ORDER FOR CONTINUANCE OF
12 | vs.                                  ) | SENTENCING HEARING
   |                                     ) |
13 | BENTON  K. PARTIN,                   ) |
   |                                     ) |
14 |              Defendant.              ) |
   | _____ ) |

15

16    The parties, by undersigned counsel, move this Court to continue the sentencing hearing,

17 presently set for September 14, 2006, until ~~December 14, 2006.~~ January 4, 2007 at 10:00 a.m..

18    In support whereof the parties show that new defense counsel is now representing the

19 defendant, the probation interview of the defendant only took place today, and the defendant

20 expects to be out of the country in November. Counsel has conferred with the probation officer

21 who said she is available on December 14, 2006. Counsel for the government does not object to

22 this request for a continuance.

23   //

24   //

25   //

26   //

STIP AND [PROPOSED] ORDER TO
CONTINUE SENTENCING HEARING            1

1   Therefore, the parties request the Court continue the sentence hearing until ~~December 14,~~
2   ~~2006.~~   January 4, 2007 at 10:00 a.m.
3   IT IS SO STIPULATED:
4
5   DATED:                                   ____/s/_____
                                             AUSA Derek Owens
                                             Counsel for the Plaintiff
6
7
8   DATED:                                   ____/s/_____
                                             Barry Portman
                                             Counsel for the Defendant
9
10
11                                  **ORDER**
12   For good cause shown, IT IS HEREBY ORDERED that counsel's request for a
13   continuance of the sentencing hearing in the above referenced case be continued to ~~December 14,~~
14   ~~2006.~~   January 4, 2007 at 10:00 a.m.
15
16   IT IS SO ORDERED.
17
18   DATED: 9/7/06                           _____
                                             MARIA-ELENA JAMES
                                             United States Magistrate Judge
19
20
21
22
23
24
25
26

STIP AND [PROPOSED] ORDER TO
CONTINUE SENTENCING HEARING                  2